UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO CORIA,<br><br>          Plaintiff,<br><br>   vs.<br><br>M. GARCIA, et al.,<br><br>          Defendants. | 1:20-cv-01652-NONE-GSA-PC<br><br>**ORDER RE PLAINTIFF'S NOTICE TO THE COURT**<br>**(ECF No. 16.)**<br><br>**ORDER FOR CLERK TO SEND PLAINTIFF A COPY OF HIS DOCKET SHEET** |

Fernando Coria ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on November 20, 2020. (ECF No. 1.)

On February 10, 2021, Plaintiff notified the court that he received court documents for a Plaintiff's name and case number different from Plaintiff's. Plaintiff has not identified the other case number, or the person whose mail he received. Without more information the court cannot make needed corrections. However, in the meantime the court shall send Plaintiff a copy of the docket sheet for his case for his review. If Plaintiff finds that he has not received a document pertaining to his case he should further notify the court.

Therefore, the Clerk's Office is HEREBY ORDERED to send Plaintiff a copy of the docket sheet for his case.

IT IS SO ORDERED.

Dated:   **February 13, 2021**                **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE