# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO CORIA, JR., <br><br>  Plaintiff, <br><br> v. <br><br> M. GARCIA, et al., <br><br>  Defendants. | 1:20-cv-01652-NONE-GSA (PC) <br><br> **ORDER WITHDRAWING FINDINGS AND RECOMMENDATIONS ISSUED ON JANUARY 25, 2021** <br> **(ECF No. 15.)** |

Fernando Coria, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on November 20, 2020. (ECF No. 1.)

On February 11, 2021, Plaintiff returned the findings and recommendations issued on January 25, 2021 to the court. (ECF No. 17 at 4-7.) Plaintiff reports that he received the findings and recommendations and believes they were meant for someone else's case. He points out that the findings and recommendations refer to Kern Valley State Prison and the R.J. Donovan Correctional Facility, institutions where Plaintiff has never been incarcerated.

The court appreciates Plaintiff's diligence in this matter. Plaintiff's concerns have merit, the court shall therefore withdraw the findings and recommendations from Plaintiff's case.

Accordingly, IT IS HEREBY ORDERED that the findings and recommendations issued in this case on January 25, 2021, are WITHDRAWN.

IT IS SO ORDERED.

Dated:   **February 19, 2021**          **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE