UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO CORIA, JR., <br><br> Plaintiff, <br><br> v. <br><br> M. GARCIA, et al., <br><br> Defendants. | No. 1:20-cv-01652-NONE-GSA (PC) <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTION FOR PRELIMINARY INJUNCTIVE RELIEF <br><br> (Doc. Nos. 17, 22.) |

      Plaintiff Fernando Coria, Jr., is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On February 11, 2021, plaintiff filed a motion seeking greater access to the prison law library at his present place of incarceration:  the California Correctional Institution (CCI) in Tehachapi, California.  (Doc. No. 17.)  On March 2, 2021, findings and recommendations were issued, recommending that plaintiff's motion be denied on the ground that the court lacks jurisdiction to order officials at CCI to allow him greater access to the library because such an order would not remedy any of the harms asserted in plaintiff's complaint filed in this case, which concerns alleged events occurring in the past that took place at a different institution.  (Doc. No. 22.)  Plaintiff was granted fourteen days in which to file objections to the findings

and recommendations. (*Id.*) The time for filing objections has now expired, and plaintiff has not filed objections or responded otherwise to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued by the magistrate judge on March 2, 2021 (Doc. No. 22), are ADOPTED IN FULL; and
2. Plaintiff's motion for preliminary injunctive relief, filed on February 11, 2021, is DENIED.

IT IS SO ORDERED.

Dated: **April 19, 2021**　　　　　　　　　　*Dale A. Drozd*
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE