# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO CORIA, JR.,<br><br>            Plaintiff,<br><br>    v.<br><br>M. GARCIA, et al.,<br><br>            Defendants. | **1:20-cv-01652-NONE-GSA (PC)**<br><br>**ORDER DENYING MOTION TO PROCEED WITH DISCOVERY**<br>**(ECF No. 26.)** |

       Fernando Coria, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on November 20, 2020. (ECF No. 1.) On July 12, 2021, Plaintiff filed a motion to proceed with discovery. (ECF No. 26.)

       Plaintiff is advised that the court will issue a scheduling order opening discovery after the Complaint has been served and one or more of the defendants has filed an Answer to the Complaint. At this stage of the proceedings, Plaintiff's Complaint awaits the court's requisite screening process. Service of process shall not be initiated until the court has screened the Complaint and finds that Plaintiff states cognizable claims. Therefore, it is not time for discovery in this action, and therefore Plaintiff's motion to proceed with discovery at this stage of the proceedings shall be denied.

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's motion to proceed with discovery in this action, filed on July 12, 2021, is DENIED.

IT IS SO ORDERED.

Dated: **July 13, 2021**  **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE