# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO CORIA, JR., <br><br> Plaintiff, <br><br> v. <br><br> M. GARCIA, et al., <br><br> Defendants. | 1:20-cv-01652-NONE-GSA (PC) <br><br> **ORDER DENYING REQUEST TO RELEASE MEDICAL RECORDS TO COURT** <br> **(ECF No. 28.)** |

Fernando Coria, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on November 20, 2020. (ECF No. 1.) On August 6, 2021, Plaintiff filed what appears to be an authorization to release Plaintiff's medical records to the court. (ECF No. 28.)

Plaintiff was previously advised that it is not time for discovery in this case. Even when discovery is opened by the court, Plaintiff should not send his discovery documents to the court; discovery is exchanged between the parties unless an issue (such as a motion to compel) arises causing discovery to be at issue with the court.

It is too early for discovery in this case. Service has not been ordered and no defendants have appeared in the case. Plaintiff must wait to conduct discovery until the court opens the discovery phase for this case.

1

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's request for authorization to release records to the court, filed on August 6, 2021, is DENIED.

IT IS SO ORDERED.

Dated: **August 11, 2021**          /s/ Gary S. Austin
                                   UNITED STATES MAGISTRATE JUDGE