# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO CORIA, JR.,<br><br>     Plaintiff,<br><br>  vs.<br><br>GARCIA, et al.,<br><br>     Defendants. | 1:20-cv-01652-DAD-GSA-PC<br><br>**ORDER RESPONDING TO PLAINTIFF'S NOTICE**<br>**(ECF No. 39.)** |

Fernando Coria, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983. This case now proceeds with Plaintiff's initial Complaint on Plaintiff's excessive force claims against defendants Garcia, Navarro, Gallaway, and Avila-Becerra. (ECF No. 40.)

On April 18, 2022, Plaintiff filed a notice to the court. (ECF No. 39.) In the notice, Plaintiff explains that he missed a Zoom/video conference in April 2022 because another inmate was called to participate when Plaintiff should have been called instead. Plaintiff is concerned that he missed a Zoom conference scheduled in this case, and he requests a response from the court.

Plaintiff is advised that the court did not schedule a Zoom conference for this case in April 2022. This order resolves Plaintiff's notice filed on April 18, 2022.

IT IS SO ORDERED.

   Dated:   **June 11, 2022**                    **/s/ Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE