1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10

11    FERNANDO CORIA, JR.,                    1:20-cv-01652-ADA-GSA-PC

12              Plaintiff,                     ORDER ADOPTING FINDINGS AND
                                               RECOMMENDATIONS IN FULL
13         vs.
                                               (ECF No. 52.)
14    GARCIA, et al.,
                                               ORDER GRANTING DEFENDANTS'
15              Defendants.                    MOTION TO STAY

16                                             (ECF No. 50.)

17                                             ORDER STAYING PROCEEDINGS IN THIS
                                               CASE PENDING RESOLUTION OF
18                                             PLAINTIFF'S RELATED CRIMINAL CASE
                                               AND DISCIPLINARY ACTION
19

20         Fernando Coria, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis*

21   with this civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United

22   States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B).

23         On December 19, 2022, the assigned magistrate judge issued findings and

24   recommendations, recommending that Defendants' motion to stay the proceedings in this case

25   pending resolution of Plaintiff's related criminal case and disciplinary action be granted.  (ECF No.

26   52.)  Plaintiff was granted fourteen days in which to file objections to the findings and

27   recommendations.  (*Id.*)  The fourteen-day deadline passed, and Plaintiff did not file any objections

28   or any other response to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations issued by the Magistrate Judge on December 19, 2022, are adopted in full;

2. Defendants' motion to stay, filed on October 25, 2022, is GRANTED;

3. The proceedings in this case are STAYED, including Defendants' obligation to file a responsive pleading, until Plaintiff's related pending criminal proceeding and prison disciplinary matter are resolved, and until further order of the Court;

4. Defendants are required to file a status report within fourteen days after Plaintiff's criminal case is resolved, or one year after the date of the stay, whichever is earlier; and

5. This case is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   March 7, 2023

_____

UNITED STATES DISTRICT JUDGE