UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO CORIA, JR., | No. 1:20-cv-01652 NODJ GSA (PC) |
| Plaintiff, | ORDER DIRECTING DEFENDANTS TO FILE STATUS REPORT |
| v. | |
| M. GARCIA, et al., | STATUS REPORT DUE EITHER IN ONE YEAR OR WITHIN FOURTEEN DAYS AFTER RESOLUTION OF CRIMINAL CASE, WHICHEVER IS EARLIER |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. This matter has been stayed pending the resolution of Plaintiff's related criminal case and disciplinary action. See ECF Nos. 52, 53 (findings and recommendations; order adopting same).

On March 5, 2024, in compliance with the Court's earlier order issued in March 2023 (see ECF No. 53), Defendants filed a status report with the Court (see ECF No. 55). In it, Defendants state that Plaintiff's related criminal case is still pending. Id. at 2. Defendants further state that a preliminary hearing in that matter is set for May 23, 2024, in Kings County Superior Court, and that no other dates have been set in that matter. Id.

Good cause appearing, IT IS HEREBY ORDERED that Defendants shall file a status report either in a year from the date of this order, or within fourteen days after Plaintiff's criminal

1

case is resolved, whichever is earlier.

IT IS SO ORDERED.

    Dated: **March 8, 2024**　　　　　　　　　/s/ Gary S. Austin
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE